# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Santonia Winfred Godwin             Docket No. 5:02-CR-309-1BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Santonia Winfred Godwin, who, upon an earlier plea of guilty to Possession With Intent to Distribute 50 Grams or More of Crack Cocaine, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 26, 2003, to the custody of the Bureau of Prisons for a term of 132 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

On November 20, 2007, as a result of a motion by the government for a reduction of the sentence pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the defendant's period of imprisonment was reduced from 132 months to 96 months. All other terms of the original judgment remained in full force and effect.

Santonia Winfred Godwin was released from custody on August 13, 2010, at which time the term of supervised release commenced.

On January 6, 2014, a Violation Report was forwarded to the court, advising of the defendant's arrest for the offense of Assault on a Female in Johnston County, North Carolina on December 15, 2013. Although the state dismissed the charge on January 6, 2014, the defendant admitted to slapping his girlfriend during an argument with her. It was recommended no action be taken pending a meeting with the defendant for the purpose of affording the defendant the opportunity to participate in a domestic violence program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The probation officer met with the defendant regarding a recommendation that he complete either a domestic violence treatment program or cognitive behavioral program in order to address the

Santonia Winfred Godwin
Docket No. 5:02-CR-309-1BO
Petition For Action
Page 2

defendant's thinking patterns. The defendant indicated he was diagnosed with Post Traumatic Stress Disorder (PTSD) which was attributed to his service in the Persian Gulf War. He is currently under the care of physicians at the VA Medical Center in Raleigh, North Carolina. Rather than address only the domestic violence charge, we are recommending the defendant participate in cognitive behavioral treatment, mental health treatment, or other programs that might be available to address any anger issues the defendant might need to confront. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program, mental health treatment, or other programs to address anger issues, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller | /s/Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: January 22, 2014 |

### ORDER OF COURT

Considered and ordered this ___23___ day of ___January___, 2014, and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge